IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.* | ) ) ) | |
| Respondents. | ) ) ) | Case No. 21-1054 (consolidated with Cases No. 21-1014 and 21-1027) |

NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Robert Ukeiley on behalf of Petitioner Center for Biological Diversity.  Ryan Maher will continue to represent the Center for Biological Diversity in this matter.

DATED: October 13, 2023

                                          Respectfully submitted,

                                          /s/ Robert Ukeiley

                                          _____
                                          Robert Ukeiley
                                          CENTER FOR BIOLOGICAL DIVERSITY
                                          1536 Wynkoop St., Ste. 421
                                          Denver, CO 80202
                                          Tel: (720) 496-8568
                                          Email: rukeiley@biologicaldiversity.org

                                          Counsel for Center for Biological Diversity

## CERTIFICATE OF SERVICE

I certify that on October 13, 2023 the foregoing Notice of Withdrawal of Appearance was electronically filed with the Clerk of the Court and served on counsel of record for all parties through the Court's CM/ECF system.

/s/ Robert Ukeiley
_____
Robert Ukeiley